

**Cameron County**
**Joe G Rivera**
**County Clerk**
**Brownsville, TX 78520**

Instrument Number: 2014-00025014
As
Real Property

Recorded On: July 18, 2014

**Parties:**
To

**Comment:**

**Billable Pages: 3**

**Number of Pages: 4**

( Parties listed above are for Clerks reference only )

** Examined and Charged as Follows: **

| | |
|---|---|
| Real Property | 34.00 |
| **Total Recording:** | 34.00 |

************ DO NOT REMOVE. THIS PAGE IS PART OF THE INSTRUMENT ************

Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY because of color or race is invalid and unenforceable under federal law.

**File Information:**
Document Number: 2014-00025014
Receipt Number: 695672
Recorded Date/Time: July 18, 2014 12:31:47P
Book-Vol/Pg: BK-OR VL-20306 PG-231
User / Station: M Pena - Cash Station #6

**Record and Return To:**

CT LIEN SOLUTIONS
P O BOX 29071
GLENDALE CA 91209

I hereby certify that this instrument was filed on the date and time stamped hereon and was duly recorded in the Official Public Records in Cameron County, Texas



Joe G. Rivera
Cameron County Clerk

EXHIBIT A

00025014

Prepared By:
CITIMORTGAGE, INC
TERRY GUNN
1000 TECHNOLOGY DRIVE, MS 321
O'FALLON , MO 63368-2240

Return To:
CT LIEN SOLUTIONS
PO BOX 29071
GLENDALE , CA 91209-9071
Phone #: 800-331-3282



# CORRECTIVE ASSIGNMENT OF TEXAS HOME EQUITY SECURITY INSTRUMENT

FOR VALUE RECEIVED, the receipt of which is hereby acknowledged, CFNA Receivables (TX), Inc. f/k/a CitiFinancial, Inc., a Texas corporation, successor by merger to Associates Financial Services Company of Texas, Inc., a Delaware corporation , whose address is 1000 Technology Drive, MS 321, O'Fallon, MO, 63368 , herein designated as the Assignor, does hereby grant, assign, and transfer over unto CITIMORTGAGE, INC., SUCCESSOR IN INTEREST BY MERGER TO CITIFINANCIAL MORTGAGE COMPANY, INC. , whose mailing address is 1000 Technology Drive, O'Fallon, MO, 63368 , herein designated as the Assignee, Original Beneficiary: Associates Financial Services Company of Texas, Inc., all rights accrued and to accrue under said Deed of Trust executed by Ninfa C. Ortiz , to Clifford D. Harmon , Trustees, filed 01/13/2000 and recorded in Official Records Instrument No: N/A Volume: 6044 Page: 258,of the Public Records Cameron County, Texas and encumbering the property more particularly described as follows:

Loan Date: 01/11/2000
***This assignment is being recorded to correct the assignor on a previously recorded assignment from Associates First Capital Corporation, successor by Merger to Associates Financial Services Company, Inc. to CitiMortgage, Inc. dated 11/6/2006 and recorded on 11/20/2006 in Document #00067210 and Book OR 13240 and Page 87 in Cameron County, Texas.***
Description/Additional information: See Exhibit A
IN WITNESS WHEREOF, the said Assignor has caused these presents to be executed in its name, on _____7-15-14_____ .

CFNA Receivables (TX), Inc. f/k/a CitiFinancial, Inc., a Texas corporation, successor by merger to Associates Financial Services Company of Texas, Inc., a Delaware corporation

Terry Gunn
Assistant Secretary

STATE OF **MISSOURI, ST. CHARLES COUNTY**

On _____7-15-14_____ before me, the undersigned, a notary public in and for said state, personally appeared **Terry Gunn, Assistant Secretary of CFNA Receivables (TX), Inc. f/k/a CitiFinancial, Inc., a Texas corporation, successor by merger to Associates Financial Services Company of Texas, Inc., a Delaware corporation** personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

CHARLIE THOMAS
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Charles County
My Commission Expires: August 06, 2016
Commission Number: 12372312

Notary Public **Charlie Thomas**

**My Commision Expires: 08/06/2016**
Acting in the County of St. Charles County

# EXHIBIT A

A TRACT OF LAND BEING 60.0 FEET IN WIDTH BY 120.0 FEET IN LENGTH OUT OF A CERTAIN 3.2 ACRES OUT OF BLOCK 90, EL JARDIN SUBDIVISION OF SHARES 19 AND 27 (MAP OF RECORDS IN VOLUME 4 PAGE 39), CAMERON COUNTY DEED RECORD VOLUME 565 PAGES 462-464, CAMERON COUNTY, TEXAS, SAID TRACT OF 60' X 120' BEING DESCRIBED AS FOLLOWS: BEGINNING AT A POINT THAT BEARS NORTH 57 DEGREES 08 MINUTES EAST 55.06 FEET AND NORTH 31 DEGREES 56 MINUTES WEST 25.82 FEET FROM THE SW CORNER OF THE 3.2 ACRE TRACT IN SAID BLOCK 90 OF THE ABOVE SAID SUBDIVISION; THENCE, NORTH 31 DEGREES 56 MINUTES WEST 120.0 FEET TO A POINT; THENCE, NORTH 4 DEGREES 49 MINUTES EAST 51.95 FEET TO A POINT; THENCE, SOUTH 56 DEGREES 47 MINUTES 35 SECONDS EAST 44.98 FEET TO A POINT; THENCE, NORTH 57 DEGREES 08 MINUTES EAST 10.0 FEET TO A POINT; THENCE, SOUTH 31 DEGREES 56 MINUTES EAST 120.0 FEET TO A POINT; THENCE, SOUTH 57 DEGREES 08 MINUTES WEST 60.0 FEET TO THE POINT OF BEGINNING AND CONTAINING 0.19 ACRES.ÇȝÇȝ

Doc        Bk     Vol    Pg
00025014 OR 20306   234

FILED AND RECORDED
OFFICIAL PUBLIC RECORDS
On: Jul 18,2014 at  12:31P

Document Number:         00025014

By
Maggie Pena
Joe G Rivera, County Clerk
Cameron County