IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NINFA C. ORTIZ, | § | |
| Plaintiff, | § § § | |
| v. | § § | |
| CITIMORTGAGE, INC., | § | CIVIL ACTION NO. 1:16-cv-312 |
| Defendant. | § § | |

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

BEFORE THE COURT IS the Motion to Dismiss and Brief in Support ("Motion to Dismiss") under Federal Rule of Civil Procedure 12(b)(6) brought by Defendant CitiMortgage, Inc. ("Defendant").

The Court finds that Defendant's Motion to Dismiss should be and is **GRANTED**.

IT IS ORDERED THAT that the claims of Plaintiff Ninfa C. Ortiz against Defendant are **DISMISSED** in their entirety **WITH PREJUDICE.**

IT IS FURTHER ORDERED that leave to amend would be futile and is **DENIED**.

**SO ORDERED.**

**SIGNED:** _____, 2016.

_____
PRESIDING JUDGE