IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NINFA C. ORTIZ<br>　　Plaintiff | §<br>§<br>§ | |
| VS. | § | CASE NO. **1:16-CV-312** |
| CITIMORTGAGE, INC.<br>　　Defendant | §<br>§<br>§ | |

# **ORDER**

On this day came on for consideration Plaintiff's Motion to Remand. The Court, having heard the evidence and arguments of counsel, finds that Plaintiff's Motion to Remand should be and is hereby **GRANTED.**

It is therefore ORDERED that the Motion to Remand is hereby **GRANTED** and is hereby **REMANDED** to the 445th Judicial District Court of Cameron County, Texas.

Signed on this _____ day of _____, 2017.

_____
U.S. Judge Presiding