**IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| NINFA C. ORTIZ<br>　　Plaintiff | §<br>§<br>§ | |
| VS. | §<br>§ | CASE NO. **1:16-CV-312** |
| CITIMORTGAGE, INC.<br>　　Defendant | §<br>§<br>§ | |

## ORDER

On this 21st day of February 2017 a hearing was held and the court, having heard counsel arguments find as follows:

1. The court hereby GRANTS Plaintiff, NINFA C. ORTIZ's motion for substitution of counsel and hereby allows Ricardo M. Adobbati to be entered as substitute counsel for Plaintiff on the above entitled and numbered cause.

2. The court hereby GRANTS Plaintiff, NINFA C. ORTIZ's Motion for Leave to File Late Response to Defendant, CITIMORTGAGE, INC.'s Motion to Dismiss. The deadline for such response is March 15, 2017.

3. Defendant, CITIMORTGAGE, INC.'s deadline to reply to Plaintiff's Response to its Motion to Dismiss is March 27, 2017.

4. The court shall rule on the Defendant's Motion to Dismiss by submission only.

5. Plaintiff, NINFA C. ORTIZ's Motion to Remand is hereby abated pending Defendant, CITIMORTGAGE, INC.'s Motion to Dismiss and CITIMORTGAGE, INC.'s response to such motion will be due by briefing schedule issued by the court after ruling on CitiMortgage's Motion to Dismiss.

SIGNED ON the 7th day of March, 2017.

_____
JUDGE PRESIDING