# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NINFA C. ORTIZ | § | |
| | § | |
| VS. | § | CRIMINAL NO. **1:16-cv-312** |
| | § | |
| CITMORTGAGE, INC. | § | |

## PLAINTIFF, NINFA C. ORTIZ'S INITIAL DISCLOSURES

Pursuant to Rule 26 (a)(1) of the Federal Rules of Civil Procedure, Plaintiff, NINFA C. ORTIZ hereby submits the following initial disclosures:

### I.

### INITIAL DISCLOSURES

(i) The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

   **RESPONSE:**

   A. **Ninfa C. Ortiz**
      **c/o Ricardo M. Adobbati**
      **134 E. Price Rd.**
      **Brownsville, Texas 78521**
      **(956) 544-6882**
      **Ms. Ortiz is the plaintiff in this matter.**

   B. **Daniel P. Tobin**
      **Charles R. Curran**
      **3333 Lee Parkway, 8th Floor**
      **Dallas, Texas 75219**
      **(214) 520-3300**
      **(214) 526-4145 (fax)**

      **Attorneys for Defendant, CitiMortgage, Inc.**

(ii) A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.

**RESPONSE: Please see attached exhibits**.

(iii)   A computation of each category of damages claimed by the disclosing party – who must also make available for inspection and copying as under Federal Rule 34 of the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.

**RESPONSE: Plaintiff is not seeking recovery of economic damages at this point. Mr. Ortiz reserves the right to amend and/or supplement this disclosure if necessary.**

(iv)   For inspection and copying as under Federal Rule 34, any insurance agreement under which an insurance business may be liable to satisfy part or all of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**RESPONSE: Not applicable. Plaintiff, at this time, is not aware of any insurance agreement under which any persons carrying on an insurance business may be liable to satisfy all or part of a judgment which may be entered in favor of Plaintiff or to indemnify or reimburse Defendants for payments to satisfy the judgment.**

## II.

## RESERVATION OF RIGHTS

The Plaintiff shall amend and/or supplement these Disclosures as necessary as additional investigation in this matter shall be conducted and potentially reveal probative information related to the accusations or defenses in this matter. Accordingly, Plaintiff reserves the right to supplement and revise these disclosures as additional information or documentation is discovered. Plaintiff further reserves the right to object to the production of any documents or other information on any ground, including relevance and undue burden, and to assert any applicable privilege, including the attorney/client privilege, the work product doctrine, and any other applicable privilege or protection.

Respectfully submitted,

LAW OFFICE OF RICARDO M. ADOBBATI

/S/*RICARDO M.ADOBBATI*
Ricardo M. Adobbati
State Bar No. 00790208
Federal I. D. #18158
134 E. Price Road,
Brownsville, Texas 78521
(956) 544-6882
(956) 544-6883 fax
radobbati@att.net
ATTORNEY FOR PLAINTIFF
NINFA C. ORTIZ

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff, NINFA C. ORTIZ's Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure was forwarded to the following counsel of record in this cause by e-file and/or other means, as required by the Federal Rules of Civil Procedure on this 27TH day of March 27, 2017.

Hon. Daniel P. Tobin
Hon. Charles R. Curran
SETTLEPOU
3333 Lee Parkway, Eight Floor
Dallas, Texas 75219
dtobin@settlepou.com
ccurran@settlepou.com

Ancelmo Naranjo, Jr., PLLC
The Law Office of Ancelmo Naranjo, Jr. PLLC
905 E. Los Ebanos, Ste. B
Brownsville, Texas 78520
naranjolawoffice@gmail.com

/S/*RICARDO M.ADOBBATI*
Ricardo M. Adobbati