CERTIFIED COP

DEED RECORDS

128—WARRANTY DEED          *Harlingen*          TEXAS STANDARD FORM

13003

VOL 1232 PAGE 450

PLAINTIFF'S
EXHIBIT
A
tabbies

# The State of Texas,
## County of
}
## Know All Men by These Presents:

That I, Fidel Casas  SINGLE

of the County of Cameron          State of    Texas          for and in consideration

of the sum of

Ten and No/100 ($10.00) --------------------------- DOLLARS

and other good and valuable considerations .
to me   in hand paid by  Ninfa C. Ortiz

as follows:

Paid cash in hand.

have Granted, Sold and Conveyed, and by these presents do Grant, Sell and Convey unto the said

Ninfa C. Ortiz

of the County of   Cameron          State of   Texas          all that certain

A tract of land being 60.0 feet in width by 120.0 feet in length out
of a certain 3.2 acres out of Block 90, El Jardin Subdivision of Shares
19 and 27 (Map of record in Volume 4 page 39, Cameron County Deed record
Volume 565 pages 462-464, Cameron County, Texas.  Said tract of 60'x120'
being described as follows:
Beginning at a point that bears N. 57°08' E. 55.06 ft. and N. 31°56' W.
25.82 ft. from the S. W. corner of the 3.2 acre tract in said Block 90
of the above said subdivision.
THENCE, N. 31°56' W. 120.0 ft. to a point.
THENCE, N. 4°49' E. 51.95 ft. to a point.
THENCE, S. 56°47' 35" E. 44.98' ft. to a point.
THENCE, N. 57°08' E. 10.0 ft. to a point.
THENCE, S. 31°56' E. 120.0 ft. to a point.
THENCE, S. 57°08' W. 60.0 ft. to the point of beginning and containing
0.19 acres.

TO HAVE AND TO HOLD the above described premises, together with all and singular the

rights and appurtenances thereto in anywise belonging unto the said  Ninfa C. Ortiz

heirs and assigns forever and   I   do hereby bind   myself, my

heirs, executors and administrators, to Warrant and Forever Defend, all and singular the said premises

unto the said  Ninfa C. Ortiz

heirs and assigns, against every person whomsoever lawfully claiming, or to claim the same, or any

part thereof.

WITNESS   my   hand   at  Brownsville, Texas

this   24th   day of   April   19 81

Witnesses at Request of Grantor:

*Fidel casas*

-------------------------------          ---------------------------------
                                         Fidel Casas

-------------------------------          ---------------------------------

A CERTIFIED COPY
Attest: 10 18       20 16
Sylvia Garza-Perez, County Clerk
Cameron County, Texas

By _____ Deputy

SINGLE ACKNOWLEDGMENT

VOL 1232 PAGE 451

**THE STATE OF TEXAS,**
COUNTY OF Cameron

BEFORE ME, the undersigned, a Notary Public in and for said County and State, on this day personally appeared
Fidel Casas
known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to
me that he executed the same for the purposes and consideration therein expressed.
GIVEN UNDER MY HAND AND SEAL OF OFFICE,
this the 24th day of April A. D. 19 81

(L. S.)

Ofelia Roces
Notary Public in and for Cameron County, Texas

SINGLE ACKNOWLEDGMENT

**THE STATE OF TEXAS,**
COUNTY OF

BEFORE ME, the undersigned, a Notary Public in and for said County and State, on this day personally appeared
known to me to be the person whose name subscribed to the foregoing instrument, and acknowledged to
me that he executed the same for the purposes and consideration therein expressed.
GIVEN UNDER MY HAND AND SEAL OF OFFICE,
this the day of A. D. 19

(L. S.)

Notary Public in and for County, Texas

SINGLE ACKNOWLEDGMENT

**THE STATE OF TEXAS,**
COUNTY OF

BEFORE ME, the undersigned, a Notary Public in and for said County and State, on this day personally appeared
known to me to be the person whose name subscribed to the foregoing instrument, and acknowledged to
me that he executed the same for the purposes and consideration therein expressed.
GIVEN UNDER MY HAND AND SEAL OF OFFICE,
this the day of A. D. 19

Notary Public in and for County, Texas

**THE STATE OF TEXAS,**
COUNTY OF

I HEREBY CERTIFY that the foregoing instrument of writing with its certificate of authentication, was filed for
record in my office on the day of
and was duly recorded by me on the
in Vol. , page , of the Records of said County
WITNESS MY HAND and the Seal of the County Court of said County, at my office in
the day and year last above written.

(L. S.)

County Clerk County, Texas

By , Deputy

Warranty Deed

FROM

TO

FILED FOR RECORD
This day of A. D. 19
at o'clock M.

County Clerk
Deputy

A. D. 19
County Records
on Page
County Clerk
Deputy

State of Texas
County of Cameron
I, Sylvia Garza-Perez, County Clerk of
Cameron County, Texas, do hereby certify
that the foregoing is a true and correct
copy of the original record now on file
and/or recorded by me in the
Records, Volume 1232
pages 450 - 451
Date 10/18/16
SYLVIA GARZA-PEREZ, COUNTY CLERK
Cameron County, Texas

By Deputy