20867    OFFICIAL RECORDS

# CASH WARRANTY DEED

**Date:**    May 18, 1998

**Grantor:**  Fidel Casas, Sr. and Ramona G. Casas

**Grantor's Mailing Address (including county):**

   345 Portway Street
   Brownsville, Cameron
   Cameron County

**Grantee:**  Ninfa C. Ortiz

**Grantee's Mailing Address (including county):**

   347 Robindale Road
   Brownsville, Texas 78521
   Cameron County

**Consideration:** TEN AND NO/100 DOLLARS and other good and valuable consideration.

**Property (including any improvements):**

   See attached Exhibit "A".

**Reservations From and Exceptions to Conveyance and Warranty:**

   None

   Grantor, for the consideration, receipt of which is acknowledged, and subject to the reservations from and exceptions to conveyance and warranty, grants, sells and conveys to Grantee the property, together with all and singular the rights and appurtenances thereto in any wise belonging, to have and hold it to Grantee, Grantee's heirs, executor, administrators, successors or assigns forever.  Grantor binds Grantor and Grantor's heirs, executors, administrators and successors to warrant and forever defend all and singular the property to Grantee and Grantee's heirs, executors, administrators, successors and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the reservations from and exceptions to conveyance and warranty.

                                                   *F.C.*
                                              ─────────────
                                                F.C., SR.
                                                *R.G.C.*
                                              ─────────────
                                                R.G.C.

PLAINTIFF'S EXHIBIT B

VOL 4943 PAGE 288

  When the context requires, singular nouns and pronouns include the plural.

_/s/ Fidel Casas_
_____
FIDEL CASAS, SR.

_/s/ Ramona G. Casas_
_____
RAMONA G. CASAS

## ACKNOWLEDGMENT

**STATE OF TEXAS**        §
                §
**COUNTY OF CAMERON**    §

  This instrument was acknowledged before me on __May 26__, 1998, by Fidel Casas, Sr.



_/s/ Patricia M. Rivera_
_____
Notary Public, State of Texas

## ACKNOWLEDGMENT

**STATE OF TEXAS**        §
                §
**COUNTY OF CAMERON**    §

  This instrument was acknowledged before me on __May 26__, 1998, by Ramona G. Casas.



_/s/ Patricia M. Rivera_
_____
Notary Public, State of Texas

PREPARED IN THE OFFICE OF:  AFTER RECORDING RETURN TO:

Miguel A. Saldana        Miguel A. Saldana
CARINHAS & SALDANA, L.L.P.  CARINHAS & SALDANA, L.L.P.
302 Kings Highway, Suite 109 302 Kings Highway, Suite 109
Brownsville, Texas  78521   Brownsville, Texas  78521

BEING 0.275 Acre out of a 3.136 Acre tract out of the Northwest portion of Block 90, El Jardin Subdivision, Share 27, Espiritu Santo Grant, City of Brownsville, Cameron County, Texas, according to map or plat of said subdivision thereof recorded in Volume 4, Page 39, map records of Cameron County, Texas, said 3.136 Acre tract being the same property described as a 3.2 Acre tract in deed to Fidel Casas dated June 29, 1951, from Austin A. Klinger (Cameron County Deed Records Vol. 523, Page 58) and also described in release of lean dated Feb. 7, 1953 (Cameron County Deed Rec. Vol. 565, Pg. 462), and said 0.275 Acre of land being more particularly described as follows;

COMMENCING at the Northwest corner of said Block 90, El Jardin Subdivision, being at the intersection of the centerline of Robindale Road (60.0 ft. of Right-of-Way) with the Southeast Right-of-Way line of the Missouri Pacific Railroad Right-of-way (100.0 ft. of Right-of-Way);

THENCE along the Southeast Right-of-Way line of said Missouri Pacific Railroad Right-of-Way, same line being the Northwest line of said Block 90, North 57 deg. 21 min. 54 sec. East, 113.37 feet to a ½ inch iron rod set at the Northwest corner of said 3.136 Acre tract, same corner being the Northwest corner of said 3.2 Acre tract;

THENCE along the Northwest line of said 3.136 Acre tract, same line being the East line of a 60.0 ft. Right-of-Way easement to Brownsville Irrigation and drainage district (Cameron County Deed Records Vol. 1213, Pg. 455), South 4 deg. 49 min. 00 sec. West, 402.29 ft. to a ½ inch iron rod set at a corner of said 3.2 Acre tract;

THENCE continuing along the Northwest line of said 3.136 Acre tract, same line being the Northwest line of said 3.2 Acre tract, South 31 deg. 56 min. 00 sec. East, 19.84 feet to a ½ inch iron rod set, for the Westernmost corner and PLACE OF BEGINNING of the tract herein described;

THENCE leaving the Northwest line of said 3.2 Acre tract, North 58 deg. 04 min. 00 sec. East. 100.0 feet to a ½ inch iron rod set, for the Northernmost corner of the tract herein described;

THENCE South 31 deg. 56 min. East, 118.37 feet to a ½ inch iron rod set on the Southeast line of said 3.2 Acre tract, for the Easternmost corner of the tract herein described;

THENCE along the Southeast line of said 3.2 Acre tract, same line being the Southeast line of said 3.136 Acre tract, South 57 deg. 08 min. West, 100.02 feet to a ½ inch iron rod found at the Southernmost corner of said 3.2 Acre tract, for the Southernmost corner of the tract herein described;

THENCE along the Southwest line of said 3.2 Acre tract, same line being the Southwest line of said 3.2 Acre tract, North 31 deg. 56 min. West, 120.0 feet to the PLACE OF BEGINNING containing 0.275 Acre of land more or less.

*FC*

F.C., SR.

*R G C*

R.G.C.