CERTIFIED COPY



PLAINTIFF'S EXHIBIT D

Cause No. 2015-DCL-06423

| | | |
|---|---|---|
| In Re: Order of Foreclosure Concerning 347 ROBINDALE ROAD BROWNSVILLE, TEXAS 78521 Under Tex. R. Civ. P. 736 | § § § § § § | IN THE DISTRICT COURT |
| Petitioner: CITIMORTGAGE, INC. | § § § § | OF CAMERON COUNTY, TEXAS |
| Respondent(s): NINFA C. ORTIZ | § § § § § § § | 357ᵀᴴ JUDICIAL DISTRICT |

Agreed    **HOME EQUITY FORECLOSURE ORDER**

On this date the court considered the TEX. R. CIV. P. 736 Home Equity Foreclosure Application of CITIMORTGAGE, INC., its successor or assigns, (hereinafter "Petitioner"). The court determined it has jurisdiction over the subject matter and the parties in this proceeding. After reviewing the pleadings, the affidavits and the arguments of counsel, the court finds:

1. Petitioner's application complies with the requirements of Texas Rules of Civil Procedure 736.

2. The name and last known address of each Respondent subject to this Order is:

NINFA C. ORTIZ
347 ROBINDALE ROAD
BROWNSVILLE, TEXAS 78521

A TRUE COPY I CERTIFY
ERIC GARZA - DISTRICT CLERK
OCT 07 2016
DISTRICT COURT OF CAMERON COUNTY, TEXAS
By _____ Deputy #4

HE Order
BDFTE No.: 2012002200881

Page 1

CERTIFIED COPY

3. The property that is the subject of this foreclosure proceeding is commonly known as 347 ROBINDALE ROAD, BROWNSVILLE, TEXAS 78521 with the following legal description:

> A TRACT OF LAND BEING 60.0 FEET IN WIDTH BY 120.0 FEET IN LENGTH OUT OF A CERTAIN 3.2 ACRES OUT OF BLOCK 90, EL JARDIN SUBDIVISION OF SHARES 19 AND 27 (MAP OF RECORDS IN VOLUME 4 PAGE 39), CAMERON COUNTY DEED RECORD VOLUME 565 PAGES 462-464, CAMERON COUNTY, TEXAS, SAID TRACT OF 60' X 120' BEING DESCRIBED AS FOLLOWS:
>
> BEGINNING AT A POINT THAT BEARS NORTH 57 DEGREES 08 MINUTES EAST 55.06 FEET AND NORTH 31 DEGREES 56 MINUTES WEST 25.82 FEET FROM THE SW CORNER OF THE 3.2 ACRE TRACT IN SAID BLOCK 90 OF THE ABOVE SAID SUBDIVISION,
>
> THENCE, NORTH 31 DEGREES 56 MINUTES WEST 120.0 FEET TO A POINT,
>
> THENCE, NORTH 4 DEGREES 49 MINUTES EAST 51.95 FEET TO A POINT,
>
> THENCE, SOUTH 56 DEGREES 47 MINUTES 35 SECONDS EAST 44.98 FEET TO A POINT,
>
> THENCE, NORTH 57 DEGREES 08 MINUTES EAST 10.0 FEET TO A POINT,
>
> THENCE, SOUTH 31 DEGREES 56 MINUTES EAST 120.0 FEET TO A POINT,
>
> THENCE, SOUTH 57 DEGREES 08 MINUTES WEST 60.0 FEET TO THE POINT OF BEGINNING AND CONTAINING 0.19 ACRES, MORE OR LESS.

4. The lien to be foreclosed is indexed or recorded at VOLUME 6044, PAGE 258 and recorded in the real property records of CAMERON County, Texas.

5. The material facts establishing Respondent('s/s') default are alleged in Petitioner's application and the supporting affidavit. Those facts are adopted by the court and incorporated by reference in this order.

A TRUE COPY I CERTIFY
ERIC GARZA - DISTRICT CLERK
OCT. 07 2016
DISTRICT COURT OF CAMERON COUNTY, TEXAS
By_____ Deputy #41

6. Therefore, the Court grants Petitioner's Application for an Expedited Order Under Rule 736 on a Home Equity Loan. Petitioner, and its successors and assigns, may proceed with foreclosure of the Property described above in accordance with the applicable law and the loan agreement, contract or lien sought to be foreclosed.

7. This order is not subject to a motion for rehearing, a new trial, a bill of review, or an appeal. Any challenge to this order must be made in a separate, original proceeding filed in accordance with Texas Rule of Civil Procedure 736.11.

SIGNED this 14th day of Jan, 2016

8. Postings will occur in March for the April 2016 sale.

_____
JUDGE PRESIDING

APPROVED AS TO FORM AND SUBSTANCE:

_____
Jennifer A. Pfeffer
Texas Bar No. 24081098
JennifP@bdfgroup.com
15000 Surveyor Blvd., Suite 100
Addison, Texas 75001
972-386-5040 (Phone) 972-341-0734 (Fax)
**ATTORNEYS FOR PETITIONER**

x _Brad White_
Brock White
TBN: 24043989
801 Congress Street, #350
Houston, TX 77002
Phone: (713) 225-0246
Fax: (866) 768-0160

FILED 9:25 o'clock A M
**ERIC GARZA** - DISTRICT CLERK

JAN 14 2016

DISTRICT COURT OF CAMERON COUNTY, TEXAS
By_____ Deputy #13

A TRUE COPY I CERTIFY
**ERIC GARZA** - DISTRICT CLERK

OCT 07 2016

DISTRICT COURT OF CAMERON COUNTY, TEXAS
By_____ Deputy #4

HE Order
BDFTE No.: 20120022000881

Page 3