# CAMERON APPRAISAL DISTRICT

## Printable Map of Property: 41402 For Year: 2016



## Property Details

| | |
|---|---|
| Property Id: | 41402 |
| Geo. Id: | 02-7910-0900-0205-00 |
| Property Type: | Real |
| Property Address: | 347 ROBINDALE |
| Owner Name: | ORTIZ NINFA C |
| Owner Address: | PO Box 6158<br>Brownsville, TX, 78523-6158 |
| Legal Description: | BLK 90 EL JARDIN SUBDIVISION SHARE 0.275 AC OF 1.77 AC PTW 3.2 ACRES N10.6 ACS & 60'X120' OF W 3.2 AC OF N 10.6 AC BLK 90 |
| Appraised Value | 66246 |
| Mapsco: | |
| Jurisdictions: | IBR, SST, CBR, SBN, GCC, SD1, STS, CAD, TBN1 |

## Values for 2016

| | | | Ag / Timber Use Value |
|---|---|---|---|
| (+) Improvement Homesite Value: | + $35,560.00 | | |
| (+) Improvement Non-Homesite Value: | + $0.00 | | |
| (+) Land Homesite Value: | + $30,686.00 | | |
| (+) Land Non-Homesite Value: | + $0.00 | | |
| (+) Agricultural Market Valuation: | + $0.00 | | $0.00 |
| (+) Timber Market Valuation: | + $0.00 | | $0.00 |
| (=) Market Value: | = $66,246.00 | | |
| (-) Ag or Timber Use Value Reduction: | - | | |
| (=) Appraised Value: | = $66,246.00 | | |
| (-) HS Cap: | - $0.00 | | |
| (=) Assessed Value: | = $66,246.00 | | |

DISCLAIMER: The Cameron Appraisal District does not warrant the accuracy, completeness or intended use of the information contained in this document.



