NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

347 ROBINDALE ROAD
BROWNSVILLE, TX 78521
20120022000881

## SUBSTITUTE TRUSTEE'S DEED

GRANTOR(S):
NINFA C ORTIZ

DEED OF TRUST DATE: January 11, 2000
DATE OF SALE OF PROPERTY: August 2, 2016

ORIGINAL MORTGAGEE:
ASSOCIATES FINANCIAL SERVICES COMPANY OF TEXAS, INC.

TIME OF SALE: 1:53 PM
PLACE OF SALE OF PROPERTY:
THE AREA IN FRONT OF THE ENTRANCES TO THE JUDICIAL SECTION OF THE CAMERON COUNTY COURTHOUSE OR AS DESIGNATED BY THE COUNTY COMMISSIONERS

CURRENT MORTGAGEE:
CITIMORTGAGE, INC.

GRANTEE/BUYER:
CITIMORTGAGE, INC.

MORTGAGE SERVICER:
CITIMORTGAGE, INC.

GRANTEE/BUYER'S MAILING ADDRESS:
C/O CITIMORTGAGE, INC.
1000 TECHNOLOGY DRIVE
O'FALLON, MO 63368

RECORDED IN:
VOLUME 6044, PAGE 258

AMOUNT OF SALE: $46,124.18

PROPERTY COUNTY/LEGAL DESCRIPTION: CAMERON

SEE EXHIBIT "A" ATTACHED HERETO AND INCORPORATED HEREIN FOR ALL PURPOSES.

Grantor conveyed the property to Trustee in trust to secure payment of the Note. Mortgagee, through the Mortgage Servicer, declared that Grantor defaulted in performing the obligations of the Deed of Trust. Current Mortgagee of the Note, through the Mortgage Servicer, accordingly has appointed Substitute Trustee and requested Substitute Trustee to enforce the trust.

Notices stating the time, place and terms of sale of the property were mailed, posted and filed, as required by law. Substitute Trustee sold the property to Buyer, who was the highest bidder at the public auction, for amount of sale in the manner prescribed by law. The subject sale was conducted no earlier than 1:00PM as set forth in the Notice of Substitute Trustee's Sale and was concluded within three (3)hours of such time. All matters, duties and obligations of Mortgagee were lawfully performed.

Substitute Trustee, subject to any matters of record, and for amount of sale paid by buyer as consideration, grants, sells and conveys to Buyer, Buyer's heirs, executors, administrators, successors or assigns forever, the property together with all rights and appurtenances belonging to Grantor. Substitute Trustee hereby sells the above referenced property AS IS without any expressed or implied warranties, except as to warranties of title, and hereby conveys the property to the purchaser at the purchaser's own risk, pursuant to the terms of Texas Property Code §§ 51.002 and 51.009.

WITNESS MY HAND, this 2nd day of August 2016.

Substitute Trustee    Julie Martin

STATE OF TEXAS
COUNTY OF ~~NUECES~~ Hidalgo

Julie Martin

Before me, the undersigned Notary Public, on this day personally appeared _____ as Substitute Trustee, known to me or proved to me through a valid State driver's license or other official identification described as _____, to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this August 2, 2016

My Commission Expires:
7/19/2017

David R. Karle
Notary Public for the State of TEXAS
David R. Karle
Printed Name of Notary Public

DAVID R KARLE
Notary Public, State of Texas
Comm. Expires 07-19-2017
Notary ID 125367404

RETURN TO:
Barrett Daffin Frappier
Turner & Engel, LLP
4004 Belt Line Road, Suite 100
Addison, Texas 75001

STD20120022000881

Substitute Trustee's Deed (EQUITY)
SubTrusteeDeedCounty.rpt - (03/03/2016) / Ver-27

20120022000881   EXHIBIT "A"

A TRACT OF LAND BEING 60.0 FEET IN WIDTH BY 120.0 FEET IN LENGTH OUT OF A CERTAIN 3.2 ACRES OUT OF BLOCK 90, EL JARDIN SUBDIVISION OF SHARES 19 AND 27 (MAP OF RECORDS IN VOLUME 4 PAGE 39), CAMERON COUNTY DEED RECORD VOLUME 565 PAGES 462-464, CAMERON COUNTY, TEXAS, SAID TRACT OF 60' X 120' BEING DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT THAT BEARS NORTH 57 DEGREES 08 MINUTES EAST 55.06 FEET AND NORTH 31 DEGREES 56 MINUTES WEST 25.82 FEET FROM THE SW CORNER OF THE 3.2 ACRE TRACT IN SAID BLOCK 90 OF THE ABOVE SAID SUBDIVISION,

THENCE, NORTH 31 DEGREES 56 MINUTES WEST 120.0 FEET TO A POINT,

THENCE, NORTH 4 DEGREES 49 MINUTES EAST 51.95 FEET TO A POINT,

THENCE, SOUTH 56 DEGREES 47 MINUTES 35 SECONDS EAST 44.98 FEET TO A POINT,

THENCE, NORTH 57 DEGREES 08 MINUTES EAST 10.0 FEET TO A POINT,

THENCE, SOUTH 31 DEGREES 56 MINUTES EAST 120.0 FEET TO A POINT,

THENCE, SOUTH 57 DEGREES 08 MINUTES WEST 60.0 FEET TO THE POINT OF BEGINNING AND CONTAINING 0.19 ACRES, MORE OR LESS.

RETURN TO:
Barrett Daffin Frappier
Turner & Engel, LLP
4004 Belt Line Road, Suite 100
Addison, Texas 75001


STD20120022000881

Substitute Trustee's Deed (EQUITY)
SubTrusteeDeedCounty.rpt - (03/03/2016) / Ver-27