**IN THE UNITED STATE DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| NINFA C. ORTIZ | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CASE NO. **1:16-CV-312** |
| | § | |
| CITIMORTGAGE, INC. | § | |
| Defendant | § | |

## PLAINTIFF ORTIZ'S DESIGNATION OF EXPERT WITNESSES

Plaintiff NINFA C. ORTIZ hereby make this expert witness designation as required by

Federal Rule of Civil Procedure 26(a)(2) and this Court's Scheduling Order.

The following persons may be used to present evidence at trial under Federal Rules

of Evidence 702, 703, or 705:

1.    Oscar A. Chavez, PE/RPLS
      Chavez Automated Design Consultants
      Corporation Engineers / Land Surveyors
      1205 West Elizabeth Street
      Brownsville, Texas 78520

Mr. Chavez is the land surveyor hired by Plaintiff Ortiz. Mr. Chavez will testify as the measuring of the boundaries to the properties and discrepancies, if any, between the property description contained within the note in dispute and the area plaintiff believes to be the portions of the property.

2.    Mejia & Rose Incorporated
      Land Surveyor
      1643 West Price Road
      Brownsville, Texas 78520

Mejia & Rose Incorporated is the land surveyor hired by the Defendants. Mejia & Rose will testify also as the measuring of the boundaries to the properties and discrepancies, if any, between the property description contained within the note in dispute and the area plaintiff believes to be the portions of the property.

3.    Hon. Ricardo M. Adobbati
      Law Office of Ricardo M. Adobbati
      134 E. Price Road
      Brownsville, Texas 78521

Mr. Adobbati is the attorney for the Plaintiff who will represent her interest in this lawsuit. Furthermore, Mr. Adobbati will testify as to reasonable and necessary attorney's fees incurred to date as well as litigation expenses incurred in connection with this case.

4.    Hon. Chester R. Gonzalez

Law Office of Chester R. Gonzalez
117 E. Price Road
Brownsville, Texas 78521

Mr. Gonzalez is an attorney who will testify as to what reasonable and necessary attorney's fees are in this area considering the type of case and experience of counsel in this matter as well as litigation expenses incurred in connection with this case. Mr. Gonzalez will further testify that $250.00 is a reasonable hourly rate in this matter.

Respectfully submitted,

**LAW OFFICES OF RICARDO M. ADOBBATI**

By:_____

Hon. Ricardo M. Adobbati
State Bar No. 00790208
134 E. Price Road
Brownsville, Texas 78521
Telephone No. (956) 544-6882
Facsimile No.: (956) 544-6883

**ATTORNEY FOR PLAINTIFF ORTIZ**

## CERTIFICATE OF SERVICE

I hereby certify that on June **22nd**, 2017 I filed a true and correct copy of the foregoing document with the Clerk of court using the CM/ECF system, which will send a notice of the electronic filing to all counsel of record.

Hon. Charles R. Curran
Hon. Daniel P. Tobin
SETTLEPOU
3333 Lee Parkway, Eight Floor
Dallas, Texas 75219
dtobin@settlepou.com
ccurran@settlepou.com

**ATTORNEYS FOR DEFENDANT
CITIMORTGAGE, INC**.

_____
RICARDO M. ADOBBATI