United States District Court
Southern District of Texas
**ENTERED**
August 09, 2017
David J. Bradley, Clerk

### IN THE UNITED STATE DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NINFA C. ORTIZ | § | |
|     Plaintiff | § | |
| | § | |
| VS. | § | CASE NO. **1:16-CV-312** |
| | § | |
| CITIMORTGAGE, INC. | § | |
|     Defendant | § | |

## ORDER GRANTING
## PARTIES JOINT INTERIM STATUS REPORT AND ORDER GRANTING
## ADDITIONAL TIME

On this day, the Court considered parties Joint Interim Status Report and Request for Additional Time to Set Status Hearing on the above matter. The court after careful consideration of same is of the opinion this order should and is hereby **GRANTED**.

**IT IS THEREFORE ORDERED** that parties are hereby GRANTED an additional thirty (30) days extension and status hearing is hereby set for 12th day of September, 2017 at 2:00 P.M. on the above entitled and numbered cause.

SIGNED ON the 9th day of August, 2017.

_____
**ROLANDO OLVERA**
**UNITED STATES DISTRICT JUDGE**

**Please forward copies to:**

adobbati_lawfirm@hotmail.com
ccurran@settlepou.com