IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NINFA C. ORTIZ, | § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 1:16-cv-312 |
| CITIMORTGAGE, INC., | § § § | |
| Defendant. | § § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Ninfa C. Ortiz ("Plaintiff"), and Defendant, CitiMortgage, Inc. ("CMI"), move the Court to dismiss, with prejudice to re-filing, all claims asserted or which could have been asserted in the above-entitled and numbered action by Plaintiff against CMI, with each party to bear its own costs and attorneys' fees.

### Relief Requested

Plaintiff and CMI move the Court to dismiss, with prejudice to re-filing, all claims Plaintiff asserted or which Plaintiff could have asserted in the above-entitled and numbered action against CitiMortgage, Inc., with each party to bear its own costs and attorneys' fees.

Respectfully Submitted,

_____
Ricardo M. Adobbati
Law Offices of Ricardo M. Adobatti
134 East Price Road
Brownsville, Texas 78521

ATTORNEYS FOR PLAINTIFFS

/s/ Charles R. Curran
Daniel P. Tobin
Texas Bar I.D. 24046978
*dtobin@settlepou.com*
Charles Curran
Texas Bar I.D. 24076334
*ccurran@settlepou.com*
SETTLEPOU
3333 Lee Parkway, Eighth Floor
Dallas, Texas 75219
(214) 520-3300
(214) 526-4145 (Facsimile)

ATTORNEYS FOR DEFENDANT
CITIMORTGAGE, INC.

**Certificate of Service**

I certify that this document was served in accordance with the Federal Rules of Civil Procedure on December 28, 20 17, by the manner indicated upon the following persons:

Via ECF
Ricardo M. Adobbati
Law Offices of Ricardo M. Adobatti
134 East Price Road
Brownsville, Texas 78521

/s/ Charles R. Curran
Charles R. Curran