IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NINFA C. ORTIZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:16-cv-312 |
| | § | |
| CITIMORTGAGE, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date came on for consideration the Agreed Motion to Dismiss with Prejudice brought by Plaintiff, Ninfa C. Ortiz ("Plaintiff"), and Defendant, CitiMortgage, Inc. ("CMI"). The Court having considered the Motion, the pleadings and evidence, finds that the Motion should be and hereby is GRANTED.

IT IS THEREFORE ORDERED that all claims Plaintiff brought or could have brought against Defendant CitiMortgage, Inc. are hereby dismissed with prejudice to re-filing, with each party to bear its own costs and attorney's fees.

Signed: _____, 20\_\_\_.

_____
Judge Presiding